UNITED STATES of America,
Plaintiff–Appellee,

v.

Daryl M. LEWIS, Defendant–Appellant.

No. 09–11874
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2009.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL, for Appellant.

Before BLACK, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Daryl M. Lewis in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and the denial of Lewis's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**